IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON T. GATLIN,

      Plaintiff,

v.                                      CV-09-906 LH/CEG

DR. WILLIAM SHANNON ,

      Defendant.

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SUBMIT MARTINEZ REPORT

THIS MATTER having come before the Court on Defendant's Motion For Extension Of Time To Submit Martinez Report. The Court, being fully advised in the premises, finds the Motion to be well taken.

IT IS HEREBY ORDERED that defendant shall be granted an extension of time until December 10, 2010, in which to submit his Martinez Report to this Court.

IT IS FURTHER ORDERED that Plaintiff shall file and serve his response to the Martinez Report on or before January 7th, 2011, and that Defendant shall have until January 21, 2011, to serve his reply, if any, to Plaintiff's response.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE